UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MARY JEAN NAVITSKY
16-bk-06965-CCJ
Chapter 13

Debtor.
_____/

## MOTION TO MODIFY MODIFIED ORDER CONFIRMING CHAPTER 13 PLAN
### Related Document 30

---

### NOTICE OF OPPORTUNITY TO OBJECT
### AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Paul L. Urich, Esquire, Law Office of Paul L. Urich, P.A., 1510 E. Colonial Drive, Suite 204, Orlando, Florida 32803 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**COMES NOW** the Debtor, MARY JEAN NAVITSKY, by and through his undersigned attorney, and files this Motion to Modify the Order Confirming Chapter 13 Plan, and, as grounds in support of this Motion, the following is stated:

1.      The Order Confirming Modified Chapter 13 Plan was entered in the above-styled case on JULY 10, 2017  (Doc. No. 30).

2.    This Motion is filed to assist the Debtor with her Plan payments so that they are more affordable to them.

3.    By this Motion, the Debtors are proposing a modification to her current Chapter 13 payment plan.

4.    Proposed disbursements to creditors are shown on the spreadsheet attached hereto and incorporated herein as Exhibit "A".

5.    The undersigned attorney seeks fees and costs in the amount of three hundred fifty ($350.00) dollars for the workup of modified payments and disbursements, for the preparation, filing, and service of this Motion, and for communications with the Chapter 13 Trustee's office concerning the same, which fees and costs shall be disbursed by the Chapter 13 Trustee.

8.    The Debtors propose that all other terms and conditions of prior Orders of this Court shall remain the same and in full force and effect but for those specific changes to the Debtor's Plan payments and creditor disbursements, as referenced herein and on the attached spreadsheet.

**WHEREFORE**, the Debtor, MARY JEAN NAVITSKY, by and through his undersigned attorney, prays that the Court will:

A.    grant this Motion and enter an Order modifying the Debtor's Plan payments and creditor disbursements, as proposed herein;

B.    allow attorney's fees and costs for the preparation and service of this Motion in the amount of three hundred fifty ($350.00) dollars Dollars which shall be disbursed by the Chapter 13 Trustee; and

C.    grant such other and further relief as the Court deems appropriate.

Date:    September 20, 2017

Respectfully submitted,

**LAW OFFICE OF PAUL L. URICH, P.A.**

BY:    /s/ *Paul L. Urich, Esquire*
Paul L. Urich, Esquire
1510 East Colonial Drive, Suite 204
Orlando, Florida 32803
Telephone: (407) 896-3077
Telecopy:  (407) 896-3041
Florida Bar No.:0088780
Email:  paulu@urichoffice.com
Attorney for the Debtor

**I HEREBY CERTIFY** that a true and correct copy of this document is being served by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, on all creditors and interested parties, as listed on the Court Matrix, on September 20 2017.

BY:    /s/ *Paul L. Urich, Esquire*
Paul L. Urich, Esquire/Florida Bar No.:0088780

**EXHIBIT "A"**

Mary Jean Navitsky
Case No.: 6:16-bk-06965-CCJ   MOTION TO MODIFY
Filed: 10/24/2016

| Payment Due Dates | # | Unsecured Creditors | Plan Payments | 10.0% Trustee | Attorney Fees Urich | Claim 1 IRS 2014-2016 | Claim 2 Nationstar Mortgage LLC Ongoing | Claim 2 Nationstar Mortgage LLC $325.13 |
|---|---|---|---|---|---|---|---|---|
| | 60 | | 60 | | $2,540.00 | | Ongoing | $325.13 |
| 11/23/2016 | 1 | $0.20 1 at | $28.00 | $2.80 | | $25.00 1 at | | |
| 12/23/2016 | 2 | $0.79 | $353.00 | $35.30 | | | $316.91 | |
| 1/23/2017 | 3 | $0.79 | $353.00 | $35.30 | | | $316.91 | |
| 2/23/2017 | 4 | $0.79 | $353.00 | $35.30 | | | $316.91 | |
| 3/23/2017 | 5 | $0.79 | $353.00 | $35.30 | | | $316.91 | |
| 4/23/2017 | 6 | $0.79 | $353.00 | $35.30 | | | $316.91 | |
| 5/23/2017 | 7 | $0.79 6 at | $353.00 | $35.30 | 7 at | 6 at | $316.91 7 at | 7 at |
| 6/23/2017 | 8 | $0.09 | $1,251.00 | $125.10 | $50.00 | $62.38 | $316.91 | $15.00 |
| 7/23/2017 | 9 | $0.09 2 at | $1,251.00 | $125.10 2 at | $50.00 2 at | $62.38 8 at | $316.91 2 at | $15.00 2 at |
| 8/23/2017 | 10 | $0.00 | $0.00 | $0.00 | | | | |
| 9/23/2017 | 11 | $0.00 2 at | $0.00 | $0.00 2 at | 2 at | 2 at | 2 at | 2 at |
| 10/23/2017 | 12 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 11/23/2017 | 13 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 12/23/2017 | 14 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 1/23/2018 | 15 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 2/23/2018 | 16 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 3/23/2018 | 17 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 4/23/2018 | 18 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 5/23/2018 | 19 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 6/23/2018 | 20 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 7/23/2018 | 21 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 8/23/2018 | 22 | $4.37 | $1,455.00 | $145.50 | $50.00 | $72.78 | $369.73 | $17.50 |
| 9/23/2018 | 23 | $4.37 12 at | $1,455.00 | $145.50 12 at | $50.00 12 at | $72.78 12 at | $369.73 12 at | $17.50 12 at |
| 10/23/2018 | 24 | $4.19 | $1,300.00 | $130.00 | $90.00 | $62.38 | $316.91 | $15.00 |
| 11/23/2018 | 25 | $4.19 | $1,300.00 | $130.00 | $90.00 | $62.38 | $316.91 | $15.00 |
| 12/23/2018 | 26 | $4.19 | $1,300.00 | $130.00 | $90.00 | $62.38 | $316.91 | $15.00 |
| 1/23/2019 | 27 | $4.19 | $1,300.00 | $130.00 | $90.00 | $62.38 | $316.91 | $15.00 |
| 2/23/2019 | 28 | $4.19 | $1,300.00 | $130.00 | $90.00 | $62.38 | $316.91 | $15.00 5 at |
| 3/23/2019 | 29 | $9.06 | $1,300.00 | $130.00 6 at | $90.00 | $62.38 | $316.91 1 at | $10.13 1 at |
| 4/23/2019 | 30 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 5/23/2019 | 31 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 6/23/2019 | 32 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 7/23/2019 | 33 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 8/23/2019 | 34 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 9/23/2019 | 35 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 10/23/2019 | 36 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 11/23/2019 | 37 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 12/23/2019 | 38 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 1/23/2020 | 39 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 2/23/2020 | 40 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 3/23/2020 | 41 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 4/23/2020 | 42 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 5/23/2020 | 43 | $4.19 | $1,300.00 | $130.00 | $105.00 | $62.38 | $316.91 | |
| 6/23/2020 | 44 | $4.19 | $1,300.00 | $130.00 15 at | $105.00 | $62.38 | $316.91 | |
| 7/23/2020 | 45 | $34.19 | $1,300.00 | $130.00 1 at | $75.00 | $62.38 | $316.91 | |
| 8/23/2020 | 46 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 9/23/2020 | 47 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 10/23/2020 | 48 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 11/23/2020 | 49 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 12/23/2020 | 50 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 1/23/2021 | 51 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 2/23/2021 | 52 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 3/23/2021 | 53 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 4/23/2021 | 54 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 5/23/2021 | 55 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 6/23/2021 | 56 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 7/23/2021 | 57 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 8/23/2021 | 58 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | |
| 9/23/2021 | 59 | $109.19 | $1,300.00 | $130.00 | | $62.38 | $316.91 | 36 at |
| 10/23/2021 | 60 | $109.53 37 at | $1,300.00 | $130.00 | | $62.38 37 at | $316.91 37 at | 1 at |
| | | $1,822.80 | $70,208.00 | $7,020.80 | $2,890.00 | $3,331.18 | $18,697.71 | $325.13 |
| | | $61,901.77 | PLAN | Trustee | Attorney | CLM 001 | CLM 002 | CLM 102 |
| | | 3% | BASE | Commissions | | PD @ 4% | | |

2540 plus
$350 MTM
Fees

Mary Jean Navits|
Case No.:  6:16-b|
Filed:  10/24/2016

| Payment Due Dates | | Claim 2 Nationstar Mortgage LLC | | Claim 3 Ally Bank | Claim 103 Ally Bank |
|---|---|---|---|---|---|
| | 60 | $966.91 | | Ongoing | Arrears |
| 11/23/2016 | 1 | | | | |
| 12/23/2016 | 2 | | | | |
| 1/23/2017 | 3 | | | | |
| 2/23/2017 | 4 | | | | |
| 3/23/2017 | 5 | | | | |
| 4/23/2017 | 6 | | | | |
| 5/23/2017 | 7 | | 7  at | | |
| 6/23/2017 | 8 | 18.25 | | 554.82 | $15.60 |
| 7/23/2017 | 9 | 18.25 | 2  at | 554.82 | $15.60 |
| 8/23/2017 | 10 | | | | |
| 9/23/2017 | 11 | | 2  at | | |
| 10/23/2017 | 12 | 21.3 | | 647.29 | $18.20 |
| 11/23/2017 | 13 | 21.3 | | 647.29 | $18.20 |
| 12/23/2017 | 14 | 21.3 | | 647.29 | $18.20 |
| 1/23/2018 | 15 | 21.3 | | 647.29 | $18.20 |
| 2/23/2018 | 16 | 21.3 | | 647.29 | $18.20 |
| 3/23/2018 | 17 | 21.3 | | 647.29 | $18.20 |
| 4/23/2018 | 18 | 21.3 | | 647.29 | $18.20 |
| 5/23/2018 | 19 | 21.3 | | 647.29 | $18.20 |
| 6/23/2018 | 20 | 21.3 | | 647.29 | $18.20 |
| 7/23/2018 | 21 | 21.3 | | 647.29 | $18.20 |
| 8/23/2018 | 22 | 21.3 | | 647.29 | $18.20 |
| 9/23/2018 | 23 | 21.3 | 12  at | 647.29 | $18.20 |
| 10/23/2018 | 24 | 18.25 | | 554.82 | $15.60 |
| 11/23/2018 | 25 | 18.25 | | 554.82 | $15.60 |
| 12/23/2018 | 26 | 18.25 | | 554.82 | $15.60 |
| 1/23/2019 | 27 | 18.25 | | 554.82 | $15.60 |
| 2/23/2019 | 28 | 18.25 | | 554.82 | $15.60 |
| 3/23/2019 | 29 | 18.25 | | 554.82 | $15.60 |
| 4/23/2019 | 30 | 18.25 | | 554.82 | $15.60 |
| 5/23/2019 | 31 | 18.25 | | 554.82 | $15.60 |
| 6/23/2019 | 32 | 18.25 | | 554.82 | $15.60 |
| 7/23/2019 | 33 | 18.25 | | 554.82 | $15.60 |
| 8/23/2019 | 34 | 18.25 | | 554.82 | $15.60 |
| 9/23/2019 | 35 | 18.25 | | 554.82 | $15.60 |
| 10/23/2019 | 36 | 18.25 | | 554.82 | $15.60 |
| 11/23/2019 | 37 | 18.25 | | 554.82 | $15.60 |
| 12/23/2019 | 38 | 18.25 | | 554.82 | $15.60 |
| 1/23/2020 | 39 | 18.25 | | 554.82 | $15.60 |
| 2/23/2020 | 40 | 18.25 | | 554.82 | $15.60 |
| 3/23/2020 | 41 | 18.25 | | 554.82 | $15.60 |
| 4/23/2020 | 42 | 18.25 | | 554.82 | $15.60 |
| 5/23/2020 | 43 | 18.25 | | 554.82 | $15.60 |
| 6/23/2020 | 44 | 18.25 | | 554.82 | $15.60 |
| 7/23/2020 | 45 | 18.25 | | 554.82 | $15.60 |
| 8/23/2020 | 46 | 18.25 | | 554.82 | $15.60 |
| 9/23/2020 | 47 | 18.25 | | 554.82 | $15.60 |
| 10/23/2020 | 48 | 18.25 | | 554.82 | $15.60 |
| 11/23/2020 | 49 | 18.25 | | 554.82 | $15.60 |
| 12/23/2020 | 50 | 18.25 | | 554.82 | $15.60 |
| 1/23/2021 | 51 | 18.25 | | 554.82 | $15.60 |
| 2/23/2021 | 52 | 18.25 | | 554.82 | $15.60 |
| 3/23/2021 | 53 | 18.25 | | 554.82 | $15.60 |
| 4/23/2021 | 54 | 18.25 | | 554.82 | $15.60 |
| 5/23/2021 | 55 | 18.25 | | 554.82 | $15.60 |
| 6/23/2021 | 56 | 18.25 | | 554.82 | $15.60 |
| 7/23/2021 | 57 | 18.25 | | 554.82 | $15.60 |
| 8/23/2021 | 58 | 18.25 | | 554.82 | $15.60 |
| 9/23/2021 | 59 | 18.25 | | 554.82 | $15.60 |
| 10/23/2021 | 60 | 17.91 | 37  at | 554.82 | $15.60 |
| | | $967.01 | | $29,405.46 | $826.80 |
| | | CLM 202 | | CLM 003 | CLM 103 |
| | | One extra payment ("gap payment") plus post-Petition attorney fees for the creditor in the amount of | | Ongoing Payments 2016 CHEVY CRUZE | Arrears Paid with interest at the contract rate |

Label Matrix for local noticing
113A-6
Case 6:16-bk-06965-CCJ
Middle District of Florida
Orlando
Wed Sep 20 12:57:03 EDT 2017

NATIONSTAR MORTGAGE LLC dba Mr. Cooper
C/O Choice Legal Group, P.A.
P. O. Box  9908
Ft. Lauderdale, FL 33310-0908

Mary Jean Navitsky
954 B Lake Destiny Rd
Altamonte Springs, FL 32714-6963

Synchrony Bank
c/o PRA Receivables Management, LLC.
PO Box 41021
Norfolk, VA 23541-1021

Aaron N Cmoni
7326 Edgewater Dr.
Orlando, FL 32810-3463

Ally Auto/Bkcy Dept
PO Box 130424
Roseville, MN 55113-0004

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

Business Law Group
301 W Platt St. # 375
Tampa, FL 33606-2292

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

David D Lee, Esq
PMB  # 129
5703 Red Bug Lake Rd
Winter Springs, FL 32708-4969

Destiny Springs Condo Assc
c/o All About Managment, Inc
206 S. Elm Ave
Sanford, FL 32771-1262

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marie Navistsky
4085 Buglars Rest Place
Casselberry, FL 32707-4708

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Paul Nughes
4 Lauren Ct
Ormond Beach, FL 32174-3813

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Seminole County Tax Collector
Attn:  Ray Valdes
Post Office Box 630
Sanford FL 32772-0630

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Scott R Weiss +
 Choice Legal Group, PA
PO Box 9908
Ft Lauderdale, FL 33310-0908

Paul L Urich +
Law Office of Paul L Urich PA
1510 East Colonial Drive
Suite 204
Orlando, FL 32803-4734

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Marian G Kennady +
Van Ness Law Firm, PLC
1239 East Newport Center Drive
Suite 110
Deerfield Beach, FL 33442-7711

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC
350 Highland Drive Drive
Lewisville, TX 75067

(d)Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

End of Label Matrix
Mailable recipients      27
Bypassed recipients       2
Total                    29